# EXHIBIT A

Case 3:20-cv-00441-RJD   Document 1-1   Filed 05/12/20   Page 1 of 6   Page ID #6

FILED
4/13/2020 1:59 PM
Lisa Fallon
CLERK OF THE CIRCUIT COURT
MONROE COUNTY, ILLINOIS

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MONROE COUNTY, ILLINOIS

| | |
|---|---|
| INDEPENDENT SERVICE PROVIDER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND ITS AFFILIATES,<br>Serve: Melissa DeKoven<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833-3505<br><br>Defendant. | No. X~~20~~-<br><br>2020L12 |

## SUMMONS

To the defendant: National Union Fire Insurance Company of Pittsburgh, PA and its Affiliates

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court at **Monroe County Courthouse, 100 South Main Street, Waterloo, Illinois**, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

(Seal of court)

Witness _____ April 13 __, 2020

_/s/ Lisa Fallon_
Clerk of the Court
/s/ Jeanie Reitz
Associate Clerk of the Court

Name: Mark C. Scoggins #02530384
Attorney for Petitioner
Address 121 W. Legion Ave.
City Columbia, IL 62236-0167
Telephone 618-281-7111
mscoggins@crowderscoggins.com

Date of service: _____, 2020.
(To be inserted by officer on copy left with defendant or other person)

2020L12

## SHERIFF'S FEES

Service and return ..................................$ _____

Miles _____                                              _____

Total ..................................$ _____

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants-personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of Defendant | Date of Service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(c) - (Corporate defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
|  |  |  |
|  |  |  |

(d) - (Other service):

_____

_____, Sheriff of _____ County

By _____, Deputy

FILED
4/13/2020 1:59 PM
Lisa Fallon
CLERK OF THE CIRCUIT COURT
MONROE COUNTY, ILLINOIS

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT OF ILLINOIS
MONROE COUNTY

| | | |
|---|---|---|
| INDEPENDENT SERVICE PROVIDER, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. XX- |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and ITS AFFILIATES, | ) ) ) ) ) ) | 2020L12 |
| Defendants. | ) | |

## COMPLAINT

### I. Declaratory Judgment Action

COMES NOW Plaintiff, Independent Service Provider, LLC, and for its Complaint for Declaratory Judgment under 735ILCS 6/3-701 against Defendant National Union Fire Insurance Company of Pittsburgh, PA and its affiliates, states as follows:

1. Plaintiff is currently a resident of the City of Madison, County of Madison, State of Illinois.

2. Defendant National Union Fire Insurance Company of Pittsburgh, PA, is an insurance corporation which does business in Monroe County, State of Illinois.

3. Plaintiff's cause of action arises out of transactions that occurred in Madison County, St. Clair County, and Monroe County, Illinois.

4. Plaintiff made deposits of money with Defendant pursuant to an insurance contract which set up an "insurance program" in the course of their business transactions with each other.

1

5. Defendant is now indebted to Plaintiff and in possession of the sum of $160,000.00 belonging to Plaintiff that was deposited in escrow with Defendant as security for claim deductibles under a certain insurance policy #9882141.

6. Plaintiff has repeatedly asked Defendant for an accounting of the deductibles and the refund of the escrow amounts in excess of the deductibles owed to Plaintiff but has not received such an accounting.

7. According to Plaintiff's calculations, Defendant owes Plaintiff the sum of $160,000.00 in escrow funds.

8. Plaintiff has demanded the refund of these sums, but Defendant has not caused remittance and, consequently, Plaintiff has not received a refund.

WHEREFORE, by reasons of the above, Plaintiff prays that this Court enter an Order as follows:

   A. Declaring and ordering that Defendant make a specific accounting to Plaintiff providing specific records of escrow funds used for deductibles pursuant to the "insurance program" existing between the parties and further determining the amount due to Plaintiff; and

   B. Entering Judgment for Plaintiff and against Defendant for the amount of funds due to Plaintiff; and

   C. For such other further and additional relief that may be just and equitable.

## II.   Statutory Action Pursuant to 215 ILCS 5/155

COMES NOW Plaintiff, Independent Service Provider, LLC, and for Count II of its Complaint pursuant to 215 ILCS 5/155, states as follows:

2

1. Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as if fully stated herein as paragraphs 1 through 8 of Count II of this Complaint.

9. The aforementioned actions constitute a breach of Defendant's duty to treat its insured with good faith and fair dealing, and furthermore is vexatious, unreasonable and calculated to cause unreasonable delay in settling Plaintiff's claim against Defendant.

WHEREFORE, Plaintiff respectfully prays that this Court award to Plaintiff judgment against Defendant National Union Fire Insurance Company of Pittsburgh, PA and its affiliates as follows:

    A. An additional sum of 60% of the amount which this Court or jury finds that Plaintiff is entitled to recover against Defendant, exclusive of costs;

    B. An additional sum of $60,000.00; and

    C. The excess of the amount which the Court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

CROWDER & SCOGGINS, LTD.

By: /s/ Mark C. Scoggins
Mark C. Scoggins #02530384
Attorney for Plaintiff

CROWDER & SCOGGINS, LTD.
Attorneys at Law
121 West Legion Avenue
P.O. Box 167
Columbia, Illinois 62236
Telephone: 618/281-7111
Facsimile: 618/281-7115
mscoggins@crowderscoggins.com

3