# EXHIBIT B

# Monroe County, IL

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website

**2020L12  INDEPENDENT SERVICE PROVIDER, LLC**     Last Search | **Information** | Dispositions | History | Payments | Fines & Fees

### Case Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Case | 2020L12 | Last Update | 05/08/2020 | Last Upload | 05/08/2020 @ 00:15 | |
| Case Category | Civil | Case Type - Subtype | L - 301 | Law (L) - Tort-Dmg | | |

**Other Litigants**

| Role | Name |
|---|---|
| Defendant/Respondent | NATIONAL UNION FIRE INS CO OF PI |

**Litigant Information**

| | | | | | |
|---|---|---|---|---|---|
| Full Name | INDEPENDENT SERVICE PROVIDER, LLC | | | | |
| Date of Birth | | Role | Plaintiff/Petitioner | Physical File Location | |
| Impounded | No | Initial Open Date | 04/13/2020 | Initial Close Date | |
| Suppress Minutes | No | Reopen Date | | Reclose Date | |
| Attorney | SCOGGINS, MARK C | | | | |

**Identification**
None

**Address**

| | | | | | |
|---|---|---|---|---|---|
| Street 1 | SECURED | | | | |
| Street 2 | SECURED | | | | |
| City | COLUMBIA | State | IL | Postal Code | 622360000 |
| Country | | | | | |

**Phone Numbers**

| Number | Type |
|---|---|
| SECURED | Unknown |

**Hearings**

| Type | Date | Time | Judge | Location |
|---|---|---|---|---|
| 69 - Review | 04/13/2021 | 8:00 A.M. | DD | 214 |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2020 Judici
Last modified: 2020/04/24 07:26 Version: 3.9.0.375

https://www.judici.com/courts/cases/case_information.jsp?court=IL067015J&ocl=IL067015J,2020L12,IL067015JL2020L12P1                                       1/1

# Monroe County, IL

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website

**2020L12 INDEPENDENT SERVICE PROVIDER, LLC**  Last Search | Information | Dispositions | **History** | Payments | Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: NATIONAL UNION FIRE INS CO OF PI | |
| 05/08/2020 | Return of Service of Summons on Defendant filed by SCOGGINS, MARK. | UNASSIGNED |
| 04/15/2020 | Payment of $326.00 applied on 04/13/2020. | UNASSIGNED |
| 04/13/2020 | Complaint filed by SCOGGINS, MARK. Summons - Issued filed by SCOGGINS, MARK. Review set for 04/13/2021 at 8:00 in courtroom 214. | UNASSIGNED |
| 04/13/2020 | Review hearing for Court Staff only. No Parties need to appear. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2020 Judici
Last modified: 2020/04/24 07:26 Version: 3.9.0.375